NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Alex N. Jilizian (SBN 362307)
PARONICH LAW, P.C.
2629 Manhattan Ave #1002
Hermosa Beach, CA 90254
Telephone: (213) 866-5293
alex@paronichlaw.com

ATTORNEY(S) FOR: Plaintiff Daniel Bird

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Daniel Bird, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff(s),

v.

Liberty First Lending LLC

Defendant(s)

CASE NUMBER:

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Daniel Bird or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff Daniel Bird | None |

11/24/2026
Date

/s/ Alex N. Jilizian
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Daniel Bird